ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7020
Fax: (415) 436-7009
Email: Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY WALSH, <br><br> Defendant. | No.  3:23-cr-00068-WHO <br><br> UNITED STATES' NON-OPPOSITION TO RENWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

## I.    INTRODUCTION

The above-captioned criminal case is pending before U.S. District Judge William H. Orrick.  The matter was transferred to the Northern District of California from the Northern District of New York, where Timothy Walsh (the "Defendant") was convicted after pleading guilty without a plea agreement to three counts:  Aggravated Identity Theft, in violation of 18 U.S.C. §  2018A(a)(1), Making a False Statement in a Passport Application, in violation of 18 U.S.C. § 1542, and Misuse of a Social Security Number, in violation of 18 U.S.C. § 408(a)(7)(B).  On June 9, 2021, Defendant was sentenced to two years and four days in prison and three years of supervised release. *See United States v. Walsh*, (N. D. NY), CR-19-402-GTS, Doc. No. 39.

1    Defendant was released from Bureau of Prisons custody on January 10, 2023.  Defendant's case

2    was transferred to the Northern District of California on February 27, 2023.  On February 7, 2024, Mr.

3    Walsh filed a Motion for Early Termination of Probation (ECF No. 3).  The government opposed.  *See*

4    ECF No. 4.  The Court held a status conference by video on February 22, 2024, and declined to order

5    early termination of supervision at that time, without prejudice.

6    On July 11, 2024, Mr. Walsh filed a renewed Motion for Early Termination of Probation (ECF

7    No. 8). Defendant has now completed more than half of his thirty-six month period of supervised

8    release.  Pursuant to 18 U.S.C. § 3583, the Court may consider early termination after the completion of

9    one year, pursuant to 18 U.S.C. § 3583(e)(1), if warranted by the defendant's conduct and in the interest

10   of justice.  In doing so, the Court is to consider the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B),

11   (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7).

12   The government does not oppose the request for early termination of supervised release.  Mr.

13   Walsh has not had any violations of the terms of his supervised release since the status conference held

14   by the Court in February 2024.  The undersigned has consulted with the U.S. Probation Officer, who

15   does not oppose the Motion.  A copy of this Opposition will be served on Mr. Walsh at his last known

16   address and provided to his Probation Officer.

17

18   Dated this 23rd day of July, 2024.

19

20                                          Respectfully submitted,

21                                          ISMAIL J. RAMSEY
                                           United States Attorney
22

23                                          */s/ Colin Sampson*
                                           COLIN C. SAMPSON
24                                          Assistant United States Attorney

25

26

27

28

CERTIFICATE OF SERVICE

I, KATHY TAT declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**UNITED STATES' NON-OPPOSITION TO RENWED MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)

_____ SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

_____ FACSIMILE (FAX) No.:

to the parties addressed as follows:

Timothy Walsh
18900 Mountain View Road
Boonville, California 95415

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 07/25/2024 at San Francisco, California.

_____/S/_____
KATHY TAT
Legal Assistant